# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7180**  **September Term, 2025**

**1:24-cv-01899-ACR**

**Filed On:** August 3, 2026

Zane Murdock,

      Appellant

    v.

Savile Investments Pty. Ltd, et al.,

      Appellees


**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Henderson, Wilkins, and Katsas, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties.  See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).  It is

**ORDERED AND ADJUDGED** that the district court's minute order dated April 30, 2025, and the district court's order dated November 12, 2025, be affirmed.  Appellant has forfeited any challenge to those orders by failing to address them in his briefs.  See Twin Rivers Paper Co. v. SEC, 934 F.3d 607, 615 (D.C. Cir. 2019) ("[A]rguments generally are forfeited if raised for the first time in reply."); Al-Tamimi v. Adelson, 916 F.3d 1, 6 (D.C. Cir. 2019) (explaining that "[a] party forfeits an argument by failing to raise it in his opening brief" and that mentioning an argument in a "skeletal way" is "tantamount to failing to raise it" (citations omitted)).  Additionally, appellant's failure to provide this court a transcript of the hearing that took place on April 30, 2025, prevents this court from assessing the propriety of the district court's minute order on that date, and appellant fails to support his assertion that the district court has refused to provide a transcript.  See T.V.T. Corp. v. Basiliko, 257 F.2d 185, 187 (D.C. Cir. 1958) ("It is the duty of the appellants to designate and file a record sufficient to enable [the court] to pass on the errors of law they claim were committed below.").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App.
P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

**By:**    /s/
Daniel J. Reidy
Deputy Clerk